JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
ROSE E. GIBSON, Department of Justice Trial Attorney
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
US DISTRICT COURT
2019 FEB 20 P 12: 17
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAN DALE COVINGTON,<br><br>　　　　　Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>Counts 1-3: 18 U.S.C. § 249(a)(2).<br><br>Case: 2:19-cr-00057<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 2/20/2019<br>Description: USA v. |

The Grand Jury charges:

**Count 1**
**18 U.S.C. § 249(a)(2)**
**(Hate Crime)**

On or about November 27, 2018, in the Central Division of the District of Utah, the defendant,

ALAN DALE COVINGTON,

willfully caused bodily injury to L.G.L. because of L.G.L.'s perceived national origin, namely that the defendant believed L.G.L. to be Mexican; and, in connection with the offense, the defendant employed a dangerous weapon that had traveled in interstate and foreign commerce, and the defendant interfered with commercial and other economic activity in which L.G.L. was engaged

at the time of the offense; specifically, the defendant entered the premises of L. Tires during business hours and while L.G.L. was working at L. Tires, yelled that he wanted to "kill Mexicans," and struck L.G.L. in the head with a metal pole; as a result, L.G.L. was unable to continue working that day and for several days thereafter. The offense included an attempt to kill.

In violation of Title 18, United States Code, Section 249(a)(2).

### Count 2
### 18 U.S.C. § 249(a)(2)
### (Hate Crime)

On or about November 27, 2018, in the Central Division of the District of Utah, the defendant,

### ALAN DALE COVINGTON,

willfully caused bodily injury to J.L because of J.L.'s actual and perceived national origin, namely that the defendant believed J.L. to be Mexican; and, in connection with the offense, the defendant employed a dangerous weapon that had traveled in interstate and foreign commerce, and the defendant interfered with commercial and other economic activity in which J.L. was engaged in at the time of the offense; specifically, the defendant entered the premises of L. Tires during business hours and while J.L. was working at L. Tires, yelled that he wanted to "kill Mexicans," and struck J.L. with a metal pole.

In violation of Title 18, United States Code, Section 249(a)(2).

### Count 3
### 18 U.S.C. § 249(a)(2)
### (Hate Crime)

On or about November 27, 2018, in the Central Division of the District of Utah, the defendant,

ALAN DALE COVINGTON,

willfully attempted to cause bodily injury to A.L., through the use of a dangerous weapon, because of A.L.'s actual and perceived national origin, namely that the defendant believed A.L. to be Mexican; and, in connection with the offense, the defendant used a dangerous weapon that had traveled in interstate and foreign commerce, and the defendant interfered with the commercial and other economic activity in which A.L. was engaged in at the time of the offense; specifically, the defendant entered the premises of L. Tires during business hours and while A.L. was working at L. Tires, yelled that he wanted to "kill Mexicans," and swung a metal pole at A.L.

In violation of Title 18, United States Code, Section 249(a)(2).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

DREW YEATES
Assistant United States Attorney

ROSE E. GIBSON
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section