JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
ROSE E. GIBSON, Special Litigation Counsel, Civil Rights Division
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-cr-00057 |
| Plaintiff, | : | |
| vs. | : | NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 609 |
| ALAN DALE COVINGTON, | : | |
| Defendant. | : | Judge Howard C. Nielson, Jr. |

The United States of America gives notice that if the defendant testifies, the United States intends to cross-examine the defendant concerning convictions that meet the requirements set by 609(a). More specifically, the United States intends to cross examine the defendant regarding the following convictions pursuant to Federal Rule of Evidence 609(a)(1):

- Attempted Aggravated Assault, a Third Degree Felony, Case No. 061904350. The sentence expired on July 20, 2011.

- Domestic Violence in Presence of Minor, a Third Degree Felony, Case No. 061904350. The sentence expired on July 20, 2011.

- Violation of a Protective Order, a Third Degree Felony, Case 071907209. The sentence expired on February 25, 2013.

All of the above-described convictions are for crimes punishable by imprisonment for more than one year and "must be admitted in a criminal case in which the witness is a defendant, if the probative value of the evidence outweighs its prejudicial effect to that defendant." See F.R.E. 609(a)(1)(B).

RESPECTFULLY SUBMITTED this 29th day of July 2019.

                JOHN W. HUBER
                United States Attorney

                /s/   *J. Drew Yeates*
                J. DREW YEATES
                Assistant United States Attorney

                /s/   *Rose E. Gibson*
                ROSE E. GIBSON
                Special Litigation Counsel
                Civil Rights Division
                Department of Justice