AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

U.S.A.
v.
Alan Dale Covington

### EXHIBIT AND WITNESS LIST

Case Number:  2:19cr57 HCN

| PRESIDING JUDGE<br>Howard C. Nielson, Jr. | PLAINTIFF'S ATTORNEY<br>Drew Yeates, Rose Gibson | DEFENDANT'S ATTORNEY<br>Emily Stirba, Spencer Rice |
|---|---|---|
| TRIAL DATE (S)<br>2/12/2020 - 2/19/2020 | COURT REPORTER<br>Laura Robinson/Kelly Hicken | COURTROOM DEPUTY<br>Michelle Peart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/13 | X | X | Square metal pole (physical evidence) |
| 3 | | 2/13 | X | X | Photo: Lopez Tires and Best Deal Auto |
| 3.1 | | 2/13 | X | X | Large poster of exhibit #3 |
| 4 | | 2/13 | X | X | Photo: Google Map Lopez Tires and Best Deal Auto |
| 4.1 | | 2/13 | X | X | Screenshot of Exhibit 4 with green mark indicating location of Luis at Best Deal Auto driveway |
| 5 | | 2/13 | X | X | Photo: Luis on scene |
| 6 | | 2/13 | X | X | Photo: Luis on scene 2 |
| 7 | | 2/13 | X | X | Photo: Luis broken glasses |
| 8 | | 2/13 | X | X | Photo: jack handle at crime scene |
| 8.1 | | 2/13 | X | X | Jack handle (physical evidence) |
| 9 | | 2/13 | X | X | Photo: Jose back injury |
| 10.1 | | 2/13 | X | X | Photo: Jose arm injury |
| 10.2 | | 2/13 | X | X | Photo: Jose arm injury (close up) |
| 11 | | 2/13 | X | X | Lopez Tires Business Records _Utah Department of Commerce_Certificate of Existence |
| 12 | | 2/13 | X | X | Lopez Tires Business Record_Utah Department of Commerce_Certificate of Fact |
| 15 | | 2/14 | X | X | Hatchet (physical evidence) |
| 16 | | 2/14 | X | X | Photo: hatchet recovered from Covington |
| 17.1 | | 2/14 | X | X | Photos: gloves |
| 17.2 | | 2/14 | X | X | Photo: gloves and envelope |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    2    Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | U.S.A. | | vs. | Alan Dale Covington | CASE NO. 2:19cr57 HCN |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 2/13 | X | X | Photo: Luis hospital 1 |
| 19 | | 2/13 | X | X | Photo: Luis hospital 2 |
| 20 | | 2/13 | X | X | Photo: Luis hospital 3 |
| 21 | | 2/18 | X | X | Photo: Luis facial scars |
| 22 | | 2/18 | X | X | Photo: Luis x-ray photo |
| 23 | | 2/13 | X | X | Photo: Overhead view with measurements |
| 23.1 | | 2/13 | X | X | Large poster of exhibit #23 |
| 24 | | 2/13 | X | X | 911 Call - Cy Darvish |
| 25 | | 2/13 | X | X | Video: US Bank original |
| 26 | | 2/13 | X | X | Video: US Bank enhanced |
| 27 | | 2/14 | X | X | Audio: T.O. 911 Call with redactions |
| 27.1 | | 2/14 | X | X | Audio: T.O. Second 911 Call with redactions |
| 28 | | 2/14 | X | X | Photo: Defendant |
| 29 | | 2/14 | X | X | Joint stipulation of facts |
| 30 | | 2/13 | X | X | English translated letter re: U-Visa |
| 32 | | 2/18 | X | X | Video: Covington post pull |
| 36 | | 2/18 | X | X | 2nd stipulation of facts |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ UTAH

UNITED STATES OF AMERICA

V.

ALAN DALE COVINGTON

**GOV. WITNESS LIST**

Case Number:  2:19-cr-00057

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| Howard C. Nielson, Jr. | | | J. Drew Yeates and Rose E. Gibson | | Spencer Rice and Emily Stirba | |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/12/2020 - 2/18/2020 | | | Laura Robinson/Kelly Hicken/Teena Greene | | Michelle Peart | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | 2/14 | | | Tyler Tracy | |
| | | 2/14 | | | Kevin Easter | |
| | | 2/13 | | | Kurosh "Cy" Darvish | |
| | | 2/18 | | | Arturo Ramirez | |
| | | 2/13 | | | Jose Lopez | |
| | | 2/18 | | | Luis Lopez | |
| | | 2/14 | | | Angel Lopez | |
| | | 2/18 | | | Dr. Jade Nunez | |
| | | 2/14 | | | Tammy Oliver | |
| | | 2/14 | | | Jorge Crespo | |
| | | 2/18 | | | Kathy Hedden | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 1 of _____1_____ Pages