**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**ALAN DALE COVINGTON,**

    Defendant.

## VERDICT FORM

1.a    We, the Jury, unanimously find the Defendant, Alan Dale Covington,

    \_\_\_\_ NOT GUILTY    _X_ GUILTY

    of Count 1.

[If your answer to 1.a is NOT GUILTY, please proceed to question 2; if your answer to 1.a is GUILTY, please proceed to question 1.b]

1.b    We, the Jury, unanimously find that the Defendant, Alan Dale Covington, did, in committing the crime charged in Count 1, attempt to kill Luis Lopez.

    \_\_\_\_ No.

    _X_ Yes.

2. We, the jury, unanimously find the Defendant, Alan Dale Covington,

    \_\_\_\_ NOT GUILTY    _X_ GUILTY

    of Count 2.

3. We, the jury, unanimously find the Defendant, Alan Dale Covington,

    \_\_\_\_ NOT GUILTY    _X_ GUILTY

    of Count 3.